# IN THE SUPREME COURT OF PENNSYLVANIA

| IN RE: | : | NO. 308 |
| | : | |
| APPOINTMENTS TO THE | : | DISCIPLINARY BOARD APPOINTMENT |
| DISCIPLINARY BOARD | : | DOCKET |

## ORDER

**PER CURIAM**

       **AND NOW**, this 18th day of February, 2020, David S. Senoff, Esquire, Philadelphia, and Celeste L. Dee,* Lehigh County, are hereby appointed to the Disciplinary Board for a term of six years, commencing April 1, 2020.

\*    Non-lawyer member